

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 20, 2020

**BY ECF**

The Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Gilberto Jaimes Castro*, S2 19 Cr. 635 (RA)

Dear Judge Abrams:

      I write with the consent of defense counsel to request respectfully that the Court adjourn the pretrial conference currently scheduled for May 28, 2020, until a date and time in approximately 30 days that is convenient for the Court.

      In addition, the Government respectfully requests with consent of defense counsel that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date set by the Court, to, among other things, allow the defendant to review discovery and allow the parties to discuss a possible pretrial disposition of this matter.

Application granted. The conference is adjourned to June 26, 2020 at 12:00 p.m. Time is excluded until June 26, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(a).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 20, 2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:     /s_____

Kyle A. Wirshba / Nicholas W. Chiuchiolo
Assistant United States Attorneys
(212) 637-2493 / 1247

cc:  Aaron Mysliwiec, Esq. (by ECF)