

July 28, 2020

**By ECF**
Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted. The conference is adjourned to September 9, 2020 at 11:00 a.m. and will be held by video conference. Time is excluded until September 9, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(a).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J. 7/28/20

Re: *United States v. Gilberto Jaimes Castro*
19 Cr. 635 (RA)

Dear Judge Abrams:

    I represent Gilberto Jaimes Castro in the above matter. The Court informed me that the conference scheduled for August 5, 2020 would have to be adjourned due to issues with producing Mr. Castro. I respectfully request a 30-day adjournment of that conference to allow for review of discovery and plea negotiations. On July 22, 2020, the Government produced a substantial amount of new discovery material, which might have a significant effect on plea negotiations in this case. To give Mr. Castro and I time to review these materials and consider his options, I respectfully ask the Court to reschedule the upcoming conference to a Monday, Tuesday, or Friday in early September.

    The defense consents to the exclusion of time under the Speedy Trial Act until the next conference. AUSA Nicholas Chiuchiolo informed me that the Government consents to the defense's request for an adjournment.

    Thank you for the Court's consideration of this request.

Very truly yours,

/s/

Aaron Mysliwiec
*Attorney for Gilberto Jaimes Castro*

cc:    AUSAs Nicholas Chiuchiolo & Kyle Wirshba