

By ECF
Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

August 28, 2020

Application granted. The conference is adjourned to October 19, 2020 at 11:00 a.m. Time is excluded until October 19, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161 (h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
August 28, 2020

Re:   *United States v. Gilberto Jaimes Castro*
      **19 Cr. 635 (RA)**

Dear Judge Abrams:

    I represent Gilberto Jaimes Castro in the above captioned case. I write without objection from the Government to respectfully request an approximately 30-day adjournment of the September 9, 2020 status conference. Due to the COVID-19 public health crisis, I have been unable to meet and confer in person with Mr. Castro in preparation for the conference. The adjournment will give me the opportunity to finish reviewing the Government's latest discovery productions of July 22nd and August 6th, 2020, to discuss these productions, hopefully in person, with Mr. Castro, and to continue plea discussions with the Government.

    For the described reasons, I respectfully request an adjournment of the status conference to a date between October 13-20, 2020, or another date that is convenient for the Court. On behalf of Mr. Castro, I agree to waive speedy trial time until the next conference.

    Thank you for the Court's consideration of this request.

Very truly yours,

/s/

Aaron Mysliwiec
*Attorney for Gilberto Jaimes Castro*

cc:   AUSAs Nicholas Chiuchiolo & Kyle Wirshba (By ECF)

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com