LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

February 9, 2021

Hon. Ronnie Abrams
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

> Application granted. The conference is adjourned to April 16, 2021 at 9:00 a.m. Time is excluded to April 16, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161 (h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> February 9, 2021

re: USA v. Castro, # 19 Cr 635 (RA)

Dear Sir/Madame;

    I did not receive Discovery until January 22nd, because the Government's original attempt to upload it to me was not successful, and I then had to send the Government a hard drive. Once the hard drive was loaded and returned to me, I then sent permitted Discovery to Defendant at the MCC, but as of yesterday Castro has not been informed that it is ready to be reviewed by him. I therefore request the status conference scheduled for February 17, 2021, be adjourned for a period of 60-days convenient to the Court. There is no opposition to this request, and defendant agrees to waive Speedy Trial time during the adjournment period.
    Thank you.

Respectfully,

B. Alan Seidler

cc: Gilberto Castro