USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

GILBERTO JAIMES CASTRO,

Defendant.

No. 19-CR-635 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

A status conference is scheduled for Tuesday June 8, 2021 at 10:30 a.m. To access the proceeding, use the following dial-in information:

Dial-In Number: 888-363-4749

Access Code: 1015508

SO ORDERED.

Dated: June 4, 2021
New York, New York

Ronnie Abrams
United States District Judge