

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 30, 2021

**BY ECF**

The Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Gilberto Jaimes Castro*, S2 19 Cr. 635 (RA)

Dear Judge Abrams:

We write on behalf of both parties to respectfully request that the Court adjourn the conference currently scheduled for September 9, 2021, until a date and time in approximately 30 days that is convenient for the Court. The parties would like additional time to discuss resolving the case.

In addition, the Government respectfully requests with consent of defense counsel that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date set by the Court, to allow the parties additional time to discuss a disposition.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:    /s/
Kyle A. Wirshba / Nicholas W. Chiuchiolo
Assistant United States Attorneys
(212) 637-2493 / 1247

cc:  Alan Seidler, Esq. (by ECF)

Application granted. The conference is adjourned to October 12, 2021 at 11:00 a.m. Time is excluded until October 12, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
September 1, 2021