LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

October 4, 2021

Hon. Ronnie Abrams
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

re: USA v. Castro, # 19 Cr 635 (RA)

Dear Judge Abrams;

    I write to request a continuance of Castro's pleading date to either the afternoon of 10/18/21 if the plea will be by video conference, or 10/22/21 in person or by video. However, a Video session is preferred by defendant Castro. On 10/12 my wife is having cataract surgery and I must be the driver to and from that surgery. October 26 and 27 will also bad dates for me.
    The Government by AUSA Chiuchiolo consents to my adjournment request.
    Thank you.

Respectfully,

B. Alan Seidler

cc: Gilberto Castro

Application granted. The conference is adjourned to October 18, 2021 at 3:00 p.m. Time is excluded until October 18, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A). The conference will be held by video. The conference line is (888) 363-4749 and the access code is 1015508. This line is open to the public. The Court will contact the parties the day before the conference regarding the videoconferencing technology.

SO ORDERED.

_____
Hon. Ronnie Abrams
October 4, 2021